**Kyle J. VEDDER, Plaintiff–Appellant,**

v.

**STATE of Missouri,
Defendant–Respondent.**

**No. 57736.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 21, 1990.

Frank Carlson, Craig E. Hellmann, Union, for plaintiff-appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

## ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. Movant's plea of guilty waived all nonjurisdictional defects and defenses. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would

have no precedential value. Judgment affirmed in accordance with Rule 84.16(b).